UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| KATHLEEN LYONS, | ) Civil Action No.: 1:21-cv-01313-MGL |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this second day of May, 2022, it is hereby,

ORDERED that Plaintiff, Kathleen Lyons, is awarded attorney fees in the amount of Three Thousand, Nine Hundred, Seventy-Five Dollars and 64/100 Cents ($3,975.64) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Kathleen Lyons, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

    s/Mary Geiger Lewis
Honorable Mary Geiger Lewis
United States District Judge

May 2, 2022
Columbia, South Carolina